UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARTHA RUIZ, et al.,

Plaintiffs,

v.

GENERAL INSURANCE COMPANY OF AMERICA, et al.,

Defendants.

Case No. 1:20-cv-00218-AWI-EPG

ORDER DENYING STIPULATED PROTECTIVE ORDER WITHOUT PREJUDICE

(ECF No. 25)

On March 22, 2021, the parties filed a Stipulated Protective Order. (ECF No. 25.) This is the second stipulated protective order the parties have filed. On March 12, 2021, the parties filed a first Stipulated Protective Order, which the Court denied without prejudice because it did not comply with Rule 141.1(c) of the Local Rules of the United States District Court for the Eastern District of California. (*See* ECF Nos. 21, 22.) That rule provides that every proposed protective order contain the following provisions: "(1) [a] description of the types of information eligible for protection under the order, with the description provided in general terms sufficient to reveal the nature of the information (e.g., customer list, formula for soda, diary of a troubled child); (2) [a] showing of particularized need for protection as to each category of information proposed to be covered by the order; and (3) [a] showing as to why the need for protection should be addressed by a court order, as opposed to a private agreement between or among the parties." (paragraph breaks omitted).

The Good Cause Statement of the parties' second stipulated protective order states:

> In accordance with Eastern District Local Rule 141.1(c)(1), the type of confidential and proprietary material eligible for protection in this action includes, **but is not limited to**: (1) proprietary policies, procedures, manuals, handbooks and/or guidelines, including claim handling manuals, bulletins, training materials, and documents concerning the handling of claims pursuant to the California Fair Claims Settlement Practices Regulations, and other documents governing the investigation, handling and adjustment of claims; (2) confidential Master Service Agreements with third party vendors, including Independent Adjustment agreements and compensation and incentive information; (3) confidential and proprietary financial and business data, including trade secret information; (4) policy underwriting and pricing material; and/or (5) other documents and information protected under privacy rights.

(ECF No. 25 at 2.) (Emphasis added.)

The catchall language used in describing the types of information eligible for protection does not comply with Local Rule 141.1(c)(1). Accordingly, the parties Stipulated Protective Order (ECF No. 32) is DENIED without prejudice to refiling a stipulated protective order that complies with Local Rule 141.1(c).

IT IS SO ORDERED.

Dated: **March 23, 2021**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE