1
2
3
4
5
6
7
8 UNITED STATES DISTRICT COURT
9 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| MARTHA RUIZ, et al., | Case No. 1:20-cv-00218-AWI-EPG |
| Plaintiffs, | |
| v. | ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER |
| GENERAL INSURANCE COMPANY OF AMERICA, | (ECF No. 31) |
| Defendant. | |

Before the Court is the parties' stipulation to modify the Scheduling Order in this case. (ECF No. 31.) The parties seek a sixty-day extension of all remaining pre-trial deadlines in order to explore settlement. (*Id.*)

The Court will grant the parties' stipulation. However, to accommodate the district judge's calendar, the Court will also continue the pretrial conference and trial dates.

Accordingly, IT IS HEREBY ORDERED that the Scheduling Order (ECF No. 20) is hereby modified as follows:

| **Event** | **Deadline/Date** |
|---|---|
| Nonexpert Discovery Cutoff | August 20, 2021 |

1

| Expert Disclosure | September 20, 2021 |
|---|---|
| Rebuttal Expert Disclosure | October 22, 2021 |
| Expert Discovery Cutoff | November 22, 2021 |
| Dispositive Motion Filing Deadline | January 7, 2022 |
| **Pretrial Conference** | **July 20, 2022, 10:00 AM, Courtroom 2 (AWI)** |
| **Trial** | **September 13, 2022, 8:30 AM, Courtroom 2 (AWI)** |

All other terms and conditions of the Scheduling Order (ECF No. 20) remain in full force and effect. No further extensions shall be granted absent good cause.

IT IS SO ORDERED.

Dated:   **April 21, 2021**             /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE