UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RUIZ, et al., <br><br> Plaintiff, <br><br> v. <br><br> GENERAL INSURANCE COMPANY OF AMERICA, <br><br> Defendant. | Case No. 1:20-cv-00218-AWI-EPG <br><br> ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE <br><br> (ECF No. 35) |

On August 23, 2021, the parties filed a stipulation to dismiss this entire action with prejudice. (ECF No. 62.) In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: __**August 24, 2021**__        /s/ *Erica P. Grosjean*
                                        UNITED STATES MAGISTRATE JUDGE